# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Cameron Isaac Giles,**  
 Debtor.

Case No.:  24–10237–SDB

Judge:  Susan D. Barrett

Chapter:  13

## RELEASE OF WAGES

The Notice to Commence Wage Withholding heretofore filed in these proceedings by which the debtor's employer:

*Tre Lawson Trucking*  
*205 Hickory Ct*  
*Attn Payroll*  
*Macon, GA 31220*

was required to pay debtor's earnings, or a portion thereof, to:

*Chapter 13 Trustee, Augusta, P.O. Box 102173, Atlanta, GA 30368–2173*

is rescinded and the above−named employer will henceforth account directly to the employee for wages earned. Any funds held by the employer as of this date should be returned directly to the debtor.

Dated: **October 21, 2025**

*Dana M. Wilson, Clerk*  
United States Bankruptcy Court  
Federal Justice Center  
600 James Brown Blvd  
P.O. Box 1487  
Augusta, GA 30903

*13−50 (01/22)* **VWW**